THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDER-MAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDER-MAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Taxpayers Against Fraud Education Fund for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the

brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.